David Abrams, Attorney at Law
PO Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

_____

|  |  |
|---|---|
| United States of America ex rel. ) | |
| GNGH2 Inc., ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| - against - ) | Index No.: 22cv2529 (KPF) |
| ) | |
| SINTX TECHNOLOGIES, INC. ) | **Notice of Voluntary Dismissal** |
| ` ) | |
| ) | |
| Defendants. ) | |

_____

Plaintiff-Relator hereby dismisses this matter voluntarily pursuant to FRCP 41(1)(A)(i). This dismissal is without prejudice to the rights of the United States. The United States has consented to the foregoing.

Respectfully submitted,

*/s/ David Abrams/*

_____

David Abrams, Attorney at Law
 Attorney for Relator
GNGH2 Inc.

PO Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
       December 14, 2022