David Abrams, Attorney at Law
PO Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York
_____

| | |
|---|---|
| United States of America ex rel. ) | |
| GNGH2 Inc., ) | **MEMO ENDORSED** |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| - against - ) | Index No.: 22cv2529 (KPF) |
| ) | |
| SINTX TECHNOLOGIES, INC. ) | **Notice of Voluntary Dismissal** |
| ` ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Plaintiff-Relator hereby dismisses this matter voluntarily pursuant to FRCP 41(1)(A)(i). This dismissal is without prejudice to the rights of the United States.  The United States has consented to the foregoing.

Respectfully submitted,

_____

David Abrams, Attorney at Law
 Attorney for Relator
GNGH2 Inc.

PO Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
       December 14, 2022

Application GRANTED.  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:    March 31, 2023                SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE